# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MELANIE M. RITCHIE,

                        Plaintiff,                    19 **CIVIL** 1378 (DF)

    -against-                              <u>**JUDGMENT**</u>

ANDREW M. SAUL,[1]
Commissioner of Social Security,

                       Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum and Order dated September 29, 2020, Plaintiff's motion for judgment on the pleadings (Dkt. 17) is granted, and Defendant's cross-motion for judgment on the pleadings (Dkt. 20) is denied. This case is hereby remanded for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the ALJ is directed as follows:

(1) to develop the Record by

    (a) seeking clarification from Dr. Booker regarding the basis of his opinion regarding Plaintiff's functional limitations; 48

    (b) obtaining the complete medical records of any medical source who evaluated or treated Plaintiff for her back condition after she underwent the procedure for the permanent implantation of a spinal cord stimulator ("SCS"); and

    (c) soliciting a medical source statement, including a function-by-function assessment of Plaintiff's exertional abilities, from one of Plaintiff's treating physicians or, if necessary, a consultative examiner, for the period after the permanent implantation of the SCS device;

(2) upon development of the Record, to reweigh the medical

       opinion evidence, to reevaluate Plaintiff's subjective complaints of pain and regarding the extent of her functional impairments; and to reassess Plaintiff's RFC; and

(3) to the extent the ALJ revises Plaintiff's RFC by adding further limitations, to recall the VE, if necessary, for additional testimony regarding the availability of jobs that could be performed by a person with those limitations.

       Judgment is entered in Plaintiff's favor.

**Dated:** New York, New York
September 30, 2020

                                                                     **RUBY J. KRAJICK**
                                                                    _____
                                                                      **Clerk of Court**
                      **BY:**
                                                                    _____
                                                                        **Deputy Clerk**